■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. KIRZONCIC, JR., Appellant. [975 NYS2d 890]—Appeal by the defendant, as limited by his motion, from an amended sentence of the County Court, Dutchess County (Greller, J.), imposed July 18, 2013, on the ground that the amended sentence was excessive.

Ordered that the amended sentence is affirmed.

The amended sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Eng, P.J., Dillon, Balkin, Cohen and Hinds-Radix, JJ., concur.